**JAROD M. BONA (234327)**
**DLA PIPER US LLP**
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402

**Attorneys for Defendant**
**Reddy Ice Holdings, Inc.**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PATRICK, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>REDDY ICE HOLDINGS, INC.; ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br><br>            Defendants. | Civil Action No. 08-cv-2369 |

## CERTIFICATE OF SERVICE

    I, Jarod M. Bona, hereby certify that on May 29, 2008, I caused a true and correct copy of the following document:

    Stipulation Re: Extension of Time to Respond to Complaint, with attached Exhibit A; and Proposed Order,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    1.    Donald Amamgbo    donald@amamgbolaw.com

    2.    Reginald Terrell    reggiet2@aol.com

1

I further certify that I caused a copy of the foregoing document to be mailed by first class mail, postage paid, to the following non-admitted ECF participants:

| | |
|---|---|
| John M. Majoras<br>JONES DAY<br>51 Louisiana Avenue<br>Washington, D.C. 20001 | Sanford M. Litvack<br>Eric J. Stock<br>HOGAN AND HARTSON<br>875 Third Avenue<br>New York, NY 10022 |
| Paula W. Render<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601 | Michael A. Roberts<br>J. Jeffrey Landen<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>Cincinnati, OH 45202 |
| *Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier International Inc. and Arctic Glacier Inc.* | *Attorneys for Defendant Home City Ice Company* |

Dated: May 29, 2008                By   s/ Alan L. Kildow
                                        Alan L. Kildow

CHGO1\31212967.1