UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PATRICK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>REDDY ICE HOLDINGS, INC.; ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br><br>    Defendants. | Civil Action No. 08-cv-2369 |

## ~~PROPOSED~~ ORDER

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint.

Defendant's time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

Dated: __July 16__, 2008

               _/s/ James Larson_
               The Honorable James Larson
               United States District Court Magistrate Judge

CHGO1\31212958.1