

**DLA PIPER**

DLA Piper US LLP
90 South Seventh Street, Suite 5100
Minneapolis, Minnesota 55402-4168
www.dlapiper.com

Jarod M. Bona
jarod.bona@dlapiper.com
T  612.524.3049
F  619.764.6726

August 4, 2008
VIA FACSIMILE

OUR FILE NO. 365251-5

Wings Hom
Courtroom Deputy
Magistrate Judge James Larson
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

**FILED**

**AUG X 5 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:  Dennis Patrick v. Reddy Ice Holdings, Inc., et al (08-2369)

Dear Mr. Hom:

I am one of the attorneys for Reddy Ice in the above case. As we discussed this afternoon, I am enclosing the Transfer Order for the United States Judicial Panel on Multidistrict Litigation that transfers this case to the Eastern District of Michigan for coordinated or consolidated pretrial proceedings. The conditional order was entered on June 13, 2008, and the order took effect on July 1, 2008. Indeed, the Eastern District of Michigan has already assigned this case a file number of 08-12904.

In our conversation, you stated that in light of the transfer order, the case management statement due date and case management hearing (both scheduled for this month) will be vacated.

I spoke with plaintiff's counsel—Reginald Von Terrell—this afternoon, and he agrees that the case has been transferred and that the case management statement due date and case management hearing should be vacated due to the transfer. We agreed that I would email him this letter. I have also notified counsel for the other defendants and will forward them this letter.

Please feel free to contact me at 612-524-3049 if you have any questions.

Very truly yours,

DLA Piper US LLP

Jarod M. Bona

Admitted to practice in California and Virginia

cc:  Reginald Von Terrell (via email at reggiet2@aol.com)

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

CHGO2\40262113.1

DLA PIPER RUDNICK   Fax:16125242001   P.03

Case 2:08-md-01952-PDB   Document 9   Filed 07/07/2008   Page 1 of 2



Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Filed: 07/7/08

JUN 13 2008

U.S. District Court
East Dist. of MI-Detroit
FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PACKAGED ICE ANTITRUST LITIGATION          MDL No. 1952

(SEE ATTACHED SCHEDULE)

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By _Andrea Tefa_
  Deputy

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 5, 2008, the Panel transferred 25 civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Paul D. Borman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D. Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PACKAGED ICE ANTITRUST LITIGATION**                                    MDL No. 1952

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

**CALIFORNIA NORTHERN**
| CAN | 3 | 08-1937 | Karen Davis v. Reddy Ice Holdings, Inc., et al. |
| CAN | 3 | 08-2369 | Dennis Patrick v. Reddy Ice Holdings, Inc., et al. |

**CALIFORNIA SOUTHERN**
| CAS | 3 | 08-656 | Cobblestone Tequesta, LLC, etc. v. Reddy Ice Holdings, Inc., et al. |
| CAS | 3 | 08-752 | 6th & Island Investments, LLC v. Reddy Ice Holdings, Inc., et al. |
| CAS | 3 | 08-753 | Market Street Investments, LLC v. Reddy Ice Holding, Inc., et al. |
| CAS | 3 | 08-775 | Universal Hillcrest, LLC v. Reddy Ice Holdings, Inc., et al. |
| CAS | 3 | 08-776 | Gaslamp Country Club, LLC v. Reddy Ice Holdings, Inc., et al. |

**FLORIDA SOUTHERN**
| FLS | 1 | 08-21089 | Jennin Gil v. Arctic Glacier Income Fund, et al. |

**MINNESOTA**
| MN | 0 | 08-1020 | Tahira Firdous, etc. v. Reddy Ice Holdings, Inc., et al. |
| MN | 0 | 08-1025 | Meleen Corp., etc. v. Reddy Ice Holdings, Inc., et al. |
| MN | 0 | 08-1077 | Arkansas Garden Center West LLC, et al. v. Reddy Ice Holdings, Inc., et al. |
| MN | 0 | 08-1090 | JA-WY, Inc., etc. v. Reddy Ice Holdings, Inc., et al. |

**OHIO NORTHERN**
| OHN | 1 | 08-859 | Juniata Mobil v. Reddy Ice Holdings, Inc., et al. |

**TEXAS NORTHERN**
| TXN | 3 | 08-563 | Mount Pocono Campground, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-576 | Charlie Holland Motors, Inc. v. Arctic Glacier Income Fund, et al. |
| TXN | 3 | 08-607 | The Lanesville Food Mart, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-709 | Nirgundas, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-710 | Shree Narayandas, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-711 | Radha, Inc. v. Reddy Ice Holdings, Inc., et al. |