2



Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 13 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

## IN RE: PACKAGED ICE ANTITRUST LITIGATION

MDL No. 1952

(SEE ATTACHED SCHEDULE)

I hereby certify that the foregoing is a true copy of the
original on file in this office.

Clerk, U.S. District Court
Eastern District of Mich

By _Andrea Teets_
Deputy

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 5, 2008, the Panel transferred 25 civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Paul D. Borman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Borman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 5, 2008, and, with the consent of that court, assigned to the Honorable Paul D. Borman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**A CERTIFIED TRUE COPY**

JUL   1 2008

ATTEST _Christa M. Stone_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PACKAGED ICE ANTITRUST LITIGATION**                    MDL No. 1952

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA NORTHERN
| CAN | 3 | 08-1937 | Karen Davis v. Reddy Ice Holdings, Inc., et al. |
| CAN | 3 | 08-2369 | Dennis Patrick v. Reddy Ice Holdings, Inc., et al. |

CALIFORNIA SOUTHERN
| CAS | 3 | 08-656 | Cobblestone Tequesta, LLC, etc. v. Reddy Ice Holdings, Inc., et al. |
| CAS | 3 | 08-752 | 6th & Island Investments, LLC v. Reddy Ice Holdings, Inc., et al. |
| CAS | 3 | 08-753 | Market Street Investments, LLC v. Reddy Ice Holding, Inc., et al. |
| CAS | 3 | 08-775 | Universal Hillcrest, LLC v. Reddy Ice Holdings, Inc., et al. |
| CAS | 3 | 08-776 | Gaslamp Country Club, LLC v. Reddy Ice Holdings, Inc., et al. |

FLORIDA SOUTHERN
| FLS | 1 | 08-21089 | Jennin Gil v. Arctic Glacier Income Fund, et al. |

MINNESOTA
| MN | 0 | 08-1020 | Tahira Firdous, etc. v. Reddy Ice Holdings, Inc., et al. |
| MN | 0 | 08-1025 | Meleen Corp., etc. v. Reddy Ice Holdings, Inc., et al. |
| MN | 0 | 08-1077 | Arkansas Garden Center West LLC, et al. v. Reddy Ice Holdings, Inc., et al. |
| MN | 0 | 08-1090 | JA-WY, Inc., etc. v. Reddy Ice Holdings, Inc., et al. |

OHIO NORTHERN
| OHN | 1 | 08-859 | Juniata Mobil v. Reddy Ice Holdings, Inc., et al. |

TEXAS NORTHERN
| TXN | 3 | 08-563 | Mount Pocono Campground, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-576 | Charlie Holland Motors, Inc. v. Arctic Glacier Income Fund, et al. |
| TXN | 3 | 08-607 | The Lanesville Food Mart, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-709 | Nirgundas, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-710 | Shree Narayandas, Inc. v. Reddy Ice Holdings, Inc., et al. |
| TXN | 3 | 08-711 | Radha, Inc. v. Reddy Ice Holdings, Inc., et al. |

**IN RE: PACKAGED ICE ANTITRUST LITIGATION**                MDL No. 1952

## INVOLVED COUNSEL LIST (CTO-1)

George C. Aguilar
ROBBINS UMEDA & FINK LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101-3350

Donald Chidi Amamgbo
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621

David H. Bamberger
DLA PIPER US LLP
500 8th Street, N.W.
Washington, DC 20004

Barry C. Barnett
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101

Bryan L. Bleichner
CHESTNUT & CAMBRONNE PA
222 South Ninth Street, Suite 3700
Minneapolis, MN 55402

Jarod Michael Bona
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Christopher M. Burke
SCOTT & SCOTT
600 B Street, Suite 1500
San Diego, CA 92101-3301

Howard Mitchell Bushman
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130

Mary Lynne Calkins
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Stephen C. Carlin
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201

David L. DeBord
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH 44114

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058-2610

Jeffrey Paul Fink
ROBBINS UMEDA & FINK LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101-3350

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK PC
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Martin E. Grossman
LAW OFFICE OF MARTIN E GROSSMAN
2121 Green Brier Drive
Villanova, PA 19085

**MDL No. 1952 - Involved Counsel List (CTO-1) (Continued)**

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
608 Second Avenue, South
650 Northstar East
Minneapolis, MN 55402

Christopher J. Jennings
EMERSON POYNTER LLP
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Alan L. Kildow
DLA PIPER US LLP
90 South Seventh Street, Suite 5100
Minneapolis, MN 55402

J. Jeffrey Landen
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Drive, Suite 300
Fort Mitchell, KY 41017

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER & GROH
35 East Seventh Street, Suite 600
Cincinnati, OH 45202

Brian Philip Murray
MURRAY FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, NY 10016-6099

Jason C. Murray
JONES DAY
555 South Flower, 50th Floor
Los Angeles, CA 90071

Bernard Persky
LABATON SUCHAROW LLP
140 Broadway, 33rd Floor
New York, NY 10005

Paula W. Render
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

Brian J. Robbins
ROBBINS UMEDA & FINK LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101-3350

Michael A. Roberts
GRAYDON HEAD & RITCHEY LLP
511 Walnut Street, Suite 1900
Cincinnati, OH 45202

Edmund W. Searby
MCDONALD HOPKINS CO LPA
2100 Bank One Center
600 Superior Avenue, East
Cleveland, OH 44114

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Eric J. Stock
HOGAN & HARTSON LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Reginald Von Terrell
TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

**MDL No. 1952 - Involved Counsel List (CTO-1) (Continued)**

Allan Van Fleet
GREENBERG TRAURIG LLP
1000 Louisiana Street, Suite 1800
Houston, TX 77002

Antonio Vozzolo
FARUQI & FARUQI
369 Lexington Avenue, 10th Floor
New York, NY 10017

Todd A. Wind
FREDRIKSON & BYRON PA
200 South 6th Street, Suite 4000
Minneapolis, MN 55402-1425

Andrew Wood
WOOD WOOD & YOUNG PSC
US Bank Building
33 W Second Street, 3rd Floor
Maysville, KY 41056

Kendall S. Zylstra
FARUQI & FARUQI
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006

**IN RE: PACKAGED ICE ANTITRUST LITIGATION**                    MDL No. 1952

### INVOLVED JUDGES LIST (CTO-1)

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Larry Alan Burns
U.S. District Judge
Edward J. Schwartz   U.S. Courthouse
Suite 2190
940 Front Street
San Diego, CA 92101

Hon. John A. Houston
U.S. District Judge
1118  Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101-8923

Hon. Barry Ted Moskowitz
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
Suite 5160
San Diego, CA 92101

Hon. Janis L. Sammartino
U.S. District Judge
3142 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Patricia A. Seitz
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 5th Floor
Miami, FL 33128

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. Barbara M.G. Lynn
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street, Room 1572
Dallas, TX 75242-1003

Hon. Jorge A. Solis
U.S. District Judge
Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street,  Room 1654
Dallas, TX 75242-1003

**IN RE: PACKAGED ICE ANTITRUST LITIGATION**                    MDL No. 1952

## INVOLVED CLERKS LIST (CTO-1)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310